# FORM A

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
MAR -2 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Isaiah McCoy #00617914

(Full name of the Plaintiff(s) in this action)

v.

Dwayne Clark

CIVIL ACTION NO. 3:22CV125RGJ
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

### I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Isaiah McCoy #00617914

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 South Sixth Street, Louisville Ky 40202

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant  Dwayne Clark  is employed as  Director  at  Louisville Metro Department of Corrections

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.   PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Defendant Dwayne Clark violated plaintiff Isaiah McCoy fourteenth Amendment right under the color of State Law, Dwayne Clark is a Director at Louisville Metro Department of Corrections jail.

Defendant Dwayne Clark and his Administration staff housed plaintiff Isaiah McCoy in a dorm that put plaintiff at risk for Contracting Covid-19 and that plaintiff Contracted Covid-19 as a result back in October of 2021, which Defendant Dwayne Clark put deliberate indifference to plaintiff Safety and health. Plaintiff also filed a grievance on 8-26-22 in attached to the complaint

4

## III. STATEMENT OF CLAIM(S) continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

\_\_\_\_ award money damages in the amount of $ _____

\_\_\_\_ grant injunctive relief by _____

✓ award punitive damages in the amount of $ 2. Million

\_\_\_\_ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 26 day of February, 2022.

_Isaiah McCoy_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 2-26-2022.

_Isaiah McCoy_
(Signature)

6

Isaiah McCoy #617914
L.M.D.C.
400 South Sixth Street
Louisville, Ky 40202



Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Ky 40202

**FILED**
JAMES J. VILT, JR. - CLERK
MAR -2 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY






JAIL MAIL
UNCENSORED
Louisville Metro Corrections Department
Not Responsible