

FILED
JAMES J. VILT, JR. - CLERK
MAR - 2 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



## Louisville Metro Department of Corrections
### Inmate Grievance Form

| Security | Property | Use of Force |
|---|---|---|
| Classification | Food Service | Administration |
| Medical | Maintenance | Other |

Grievance Number: _____

Name: Isaiah McCoy    CIN Number: 617914
Housing Assignment: J4-6A    Date: 2-26-2022

**Brief Statement of Grievance**

On 2-26-2022 first shift officer took our Brooms and mop to early in our dorm didn't get to clean in' it was Unprofessional the way they did they job, all the dorm did was as for some Chemicals because they for got to give us cleaning supplies

**Action Requested**

we Need cleaning Supplies daily

Grievant Signature: Isaiah McCoy    Date: 2-26-22    Grievance Counselor: _____    Date: _____

**Resolution Response**

**Recommendations**

Supervisor/Staff Signature: _____    Date: _____

( ) I am satisfied with the recommendation.
( ) I wish to appeal this recommendation to the Director (You have five (5) working days to forward this form to the Director).

Grievant Signature: _____    Date: _____    Grievance Counselor: _____    Date: _____
03-5.02-1  3/11
Original: File    Yellow: Inmate Copy with Response    Pink: Inmate Initial Grievance